

## Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

March 24, 2015

Danny Shead
TDCJ-ID#01484832
Tulia Transfer Facility
400 Hwy 86 West
Tulia, TX 79088

Harry Ingram
Randall County Domestic Relations Office
4111 S. Georgia Street
Amarillo, TX 79109
* DELIVERED VIA E-MAIL *

James A. Farren
Criminal District Attorney
2309 Russell Long Blvd., Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

**RE:** Case Numbers: 07-15-00084-CV, 07-15-00085-CV, 07-15-00086-CV
Trial Court Case Numbers: 8460-B, 8461-B, 19,154-B
**Style:** Danny Lee Shead v. The State of Texas

Dear Mr. Shead and Counsel:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable John B. Board (DELIVERED VIA E-MAIL)
      Jo Carter (DELIVERED VIA E-MAIL)